AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

FILED
JAN 29 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 1344(1) – Bank Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum penalties
30 years in prison
5 years supervised release
$1,000,000 fine
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ DAVID AN

VC

DISTRICT COURT NUMBER
CR20    0037

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
19-71190 MAG

Name and Office of Person Furnishing Information on this form     David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Laura Vartain Horn

**DEFENDANT**

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

CR20 0037 VC

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

JAN 29 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID AN,<br><br>Defendant. | VIOLATION: 18 U.S.C. § 1344(1) – Bank Fraud<br><br>SAN FRANCISCO VENUE<br><br>**VC**<br><br>**CR20  0037** |

## INFORMATION

The United States Attorney charges:

COUNT ONE:     (18 U.S.C. § 1344(1) – Bank Fraud)

1.      Beginning on an unknown date and no later than October 2018, but to at least December 28, 2018, in the Northern District of California and elsewhere, the defendant,

DAVID AN,

did knowingly and with the intent to defraud devise and execute, and attempt to execute, a material scheme and artifice to defraud financial institutions and to obtain moneys, funds, credits, assets, and other property that were then under the custody and control of financial institutions, by means of materially false and fraudulent pretenses, representations, and promises, and by omissions and concealment of material facts.

INFORMATION

CR20 0037 VC

All in violation of Title 18, United States Code, Section 1344(1).

DATED: January 29, 2020

DAVID L. ANDERSON
United States Attorney

_/s/_
LAURA VARTAIN HORN
Assistant United States Attorney

INFORMATION    2